William J. Tyler
21739 Little Bear Ln
Boca Raton, FL 33428
954-871-6194
Defendant in Pro Se

FILED BY _____ D.C.

SEP 05 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIEBERT INVESTMENTS | Case No.: |
| Plaintiff, | **NOTICE OF REMOVAL**<br>[28 U.S.C. 1441, 14446 (6)] |
| vs. | |
| WILLIAM J. TYLER and ANNE MARIE TYLER | FROM THE CIRCUIT COURT PALM BEACH COUNTY<br>Case No.:2018CC010695 |
| Defendants. | |

Defendant alleges:

**PARTIES AND COUNSEL**

1. Defendant, WILLIAM J. TYLER, and Plaintiff's LIEBERT INVESTMENTS are those parties in a Palm Beach County Court filed in the Circuit Court, Palm Beach County, concerning real property located at 21739 Little Bear Ln., Boca Raton, FL 33428[hereinafter referred to as "premises"], within this court's jurisdiction.

2. Defendant, William J. Tyler is the tenant of the premises, and participant in this litigation.

3. Wherefore, Defendant is a bona fide tenant.

4. Plaintiff is NOT represented by Counsel in the County Court.

NOTICE OF REMOVAL

1 of 4

## FEDERAL QUESTION

5. Plaintiff has actually filed a Federal Question Action in Palm Beach County Circuit Court, for which the Palm Beach County Circuit Court Action is removed under 28 U.S.C. 1441 *et seq*. **Hunter v Philip Morris**, USA, 582 F. 3d 1039, 1042-43 (9th Cir. 2009); 28 U.S.C. 1331.

6. The Complaint in this action was filed in Palm Beach County Circuit Court as artful pleading, entitled by the County Court as "Eviction". Pleadings intentionally fails to allege compliance with the Civil Rights Act of 1968. The Defendant has multiple habitability issues such as bug infestation and the stove not working.

7. A well-placed Complaint is shown at least where the Plaintiff's right to relief necessarily depends on resolution of a substantial question of Federal Law. [**Armstrong v N. Mariana Islands,** 576 F. 3d 950, 954-55 (9th Cir. 2009); **Empire Healthcare Assurance v. McVeigh** 547 US 677, 687-690 (2006); **Franchise Tax Bd v. Const. Laborers Vacation Trust for S. Cal.** 463 US 1, 12, 27-28 (1983)].

8. Even where the cause of action is based on state law, the District Court has subject matter jurisdiction over the case if (1) the federal issues are essential to the claims, (2) there is a substantial federal issues in resolving such issues, and (3) a Federal forum may entertain the State Law claims without disturbing the balance of Federal and State judicial responsibilities. [**Grable & Sons Metal Prods v. Darue Engr & Mfg.** 545 US 308, 313, 315 (2005)]. Here, the rights of the Defendants are clearly at stake.

9. To be a Federal Cause of Action, there must also be a private right of action.

[*Merrill Dow Pharms. Inc. v. Thompson* 478 US 804, 817 (1986)]. It can be either express or implicit. [*Diaz v. Davis* 549 Fed 3d 1223, 1229-1230 (9th Cir. 2008)]. The Court must look to the "rights creating" language and statutory structure within which it is contained. [*Lamie v. Unites States Trustee* 540 US 526, 534 (2004)]. The Court must assume that Congress did not intend to create a right without a remedy. [First *Pacific Bancorp, Inc. v. Helfer*, 224 F. 3d 1117, 1123, 1125-26, (9th Cir. 2000)].

10. Defendant is a member of a protected class of whom the statue, the "Civil Rights Act of 1968" was created.

11. The Federal Cause of Action in ejectment/eviction is the basis for this action, irrespective of artful pleading, such that action could have been brought in Federal District Court.

## REMOVED ACTION

12. The Notice of Removal is timely under Section 1446 (b) of Title 28 of the United States Code because it is filed within 30 days of discovering that the case was ripe for removal.

13. A true and correct copy of the County Court Complaint of the action, Defendant's Pre-Judgment Claim of Right to Possession and related documents, sought to be removed to this Court are attached hereto and incorporated herein by reference.

14. Defendant is a bona fide residential tenant and entitled to the protection of the Federal Court, and entitled to remove this action to Federal Court.

15. Under Florida Code of Civil Procedure the County Court hereby loses jurisdiction under the Federal Rules of Civil Procedure and does not recover jurisdiction,

1 | if at all, until and unless this action is remanded to the County Court, after which
2 | jurisdiction will again attach as described in that statute.

Dated:   September 4, 2018

William J. Tyler
21739 Little Bear Ln
Boca Raton, FL 33428
954-871-6194
Defendant in Pro Se

William J. Tyler
21739 Little Bear Ln
Boca Raton, FL 33428
954-871-6194
Defendant in Pro Se

## CIRCUIT COURT OF FLORIDA

## PALM BEACH COUNTY

| | |
|---|---|
| LIEBERT INVESTMENTS | Case No.:2018CC010695 |
| Plaintiff, | |
| vs. | |
| WILLIAM J. TYLER and ANNE MARIE TYLER | **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** |
| Defendants. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT, AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that defendant, WILLIAM J. TYLER, today filed in The Office of Clerk of the United States District Court for the Southern District of Florida, a Notice and Petition removing the above-captioned pending action to The United States District Court.

**FEDERAL CASE #**_____

Pursuant to 28 U. S.C 1446 (d), the filing of The Petition for Removal with The Clerk of the District Court together with giving of this notice "**shall effect the removal and The State Court shall proceed no further unless and until the case is remanded**" by The United States Court for the Southern District of Florida.

NOTICE OF REMOVAL

1 of 2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Dated:   September 4, 2018 |
| 4 | |
| 5 | |
| 6 | William J. Tyler |
| 7 | 21739 Little Bear Ln<br>Boca Raton, FL 33428 |
| 8 | 954-871-6194<br>Defendant in Pro Se |

NOTICE OF REMOVAL

William J. Tyler
21739 Little Bear Ln
Boca Raton, FL 33428
954-871-6194
Defendant in Pro Se

## CIRCUIT COURT OF FLORIDA
## PALM BEACH COUNTY

| | |
|---|---|
| LIEBERT INVESTMENTS ) | Case No.:2018CC010695 |
| ) | |
| Plaintiff, ) | |
| ) | ANSWER |
| vs. ) | |
| ) | |
| WILLIAM J. TYLER and ANNE MARIE ) | |
| TYLER ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants states and request the following:

### ANSWER

The Due to Past Rent is due to Bug Infestation and Stove not working Also due to Being layed off from my Job Is Been hard with not working I Just started my new Job and I will be making the Same Money so I can catch up I Just feel that Bad Times come and the only way to Deal with It is to work hard and catch up I dont ever ask for Nothing for free Nothing is free in life.

NOTICE OF REMOVAL

1 of 2

Dated: 9/4/18 2018

William J. Tyler
21739 Little Bear Ln
Boca Raton, FL 33428
954-871-6194
Defendant in Pro Se

Dated: 9/4/18 2018

Anne Marie Tyler
21739 Little Bear Ln
Boca Raton, FL 33428
954-871-6194
Defendant in Pro Se

NOTICE OF REMOVAL

IN THE COUNTY/CIRCUIT COURT, IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO. 50-2018-CC-010695-XXXX-SB
DIVISION: RD: South Branch County Civil Division - RD (Civil)

LIEBERT INVESTMENTS

        Plaintiff(s),

v.

WILLIAM J TYLER

        Defendant(s).
_____/

## EVICTION SUMMONS/RESIDENTIAL

TO DEFENDANT(S):
    ANN MARIE TYLER

**PROPERTY ADDRESS:**
21739 LITTLE BEAR LANE   Boca Raton, FL   33428

## **PLEASE READ CAREFULLY**

YOU ARE BEING SUED BY:
    LIEBERT INVESTMENTS

to require you to move out of the place where you are living for the reasons given in the attached complaint.

You are entitled to a trial to determine whether you can be required to move, but you MUST do ALL of the things listed below. You must do them **within 5 days** (not including Saturday, Sunday, or any legal holiday) after the date these papers were given to you or to a person who lives with you or were posted at your home.

SERVED _____ M On _____ 20 _____
OFFICE OF THE SHERIFF, PALM BEACH COUNTY, FL

_____
DEPUTY SHERIFF                              I.D. NO.

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 08/28/2018 10:51:50 AM

## *THE THINGS YOU MUST DO ARE AS FOLLOWS:*

1. You must write down the reason(s) in English why you think you should not be forced to move. The written reason(s) must be given to the clerk of the court at any one of the following Palm Beach County Courthouses.

   - 205 North Dixie Highway, Suite 2.2200, West Palm Beach, FL 33401
   - 200 W. Atlantic Ave., Delray Beach, FL 33444
   - 3188 PGA Blvd., Palm Beach Gardens, FL 33410
   - 2950 State Road 15, Room S-100, Belle Glade, FL 33430

2. You must mail or give a copy of your written reason(s) to: Plaintiff/Plaintiff's Attorney, whose address is:
   LIEBERT INVESTMENTS          11381 ORANGE GROVE BLVD   West Palm Beach, FL 33411

3. You must pay to the clerk of the court the amount of rent that the attached complaint claims to be due and any rent that becomes due until the lawsuit is over. If you believe that the amount claimed in the complaint is incorrect, you should file with the clerk of the court a motion to have the court determine the amount to be paid. If you file a motion, you must attach to the motion any documents supporting your position and mail or give a copy of the motion to the plaintiff/plaintiff's attorney.

4. IF YOU DO NOT DO ALL OF THE THINGS SPECIFIED ABOVE WITHIN 5 WORKING DAYS AFTER THE DATE THAT THESE PAPERS WERE GIVEN TO YOU OR TO A PERSON WHO LIVES WITH YOU OR WERE POSTED AT YOUR HOME, YOU MAY BE EVICTED WITHOUT A HEARING OR FURTHER NOTICE

5. If the attached complaint also contains a claim for money damages (such as unpaid rent), you must respond to that claim separately. You must write down the reasons why you believe that you do not owe the money claimed. The written reasons must be given to the clerk of the court at the address specified in paragraph (1) above, and you must mail or give a copy of your written reasons to the plaintiff/plaintiff's attorney at the address specified in paragraph (2) above. This must be done within 20 days after the date these papers were given to you or to a person who lives with you. This obligation is separate from the requirement of answering the claim for eviction within 5 working days after these papers were given to you or to a person who lives with you or were posted at your home.

**If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 08/28/2018 10:51:50 AM

*IF YOU HAVE TROUBLE SPEAKING OR UNDERSTANDING ENGLISH*, YOU MUST BRING WITH YOU SOMEONE WHO IS FLUENT WITH BOTH ENGLISH AND YOUR OWN LANGUAGE AND WHO HAS THE ABILITY TO TRANSLATE AND INTERPRET BOTH LANGUAGES.

THE STATE OF FLORIDA: To Each Sheriff of the State: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on 28th of August, 2018

                                          **Sharon R. Bock**
                                          **Clerk & Comptroller**

                                          By:

                                          *R Smith*

                                          Smith, Ruby as Deputy Clerk